UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CHRISTINE KENDRICKS,
        Plaintiff,                              Case No. 08-15193
                                              HON. BERNARD A. FRIEDMAN
vs.

HON. EUGENE ARTHUR MOORE, et al.,
        Defendants.
_____/

## MEMORANDUM OPINION AND ORDER

       This matter is before the Court on Magistrate Judge Donald A. Scheer's Report and Recommendation dated April 29, 2009.  Objections were filed on May 11, 2009.

       This Court had an opportunity to fully review this matter and believes that the Magistrate Judge has reached the correct conclusions for the proper reasons.  Accordingly,

       IT IS HEREBY ORDERED that Magistrate Judge Scheer's Report and Recommendation dated April 29, 2009, is hereby accepted and adopted.

       IT IS FURTHER ORDERED that Plaintiff's Motion to file a Second Amended Complaint is DENIED.

       IT IS FURTHER ORDERED Defendants' respective Motions for Summary Judgment are GRANTED.


Dated: May 13, 2009                    S/Bernard A. Friedman_____
     Detroit, Michigan               BERNARD A. FRIEDMAN
                                          UNITED STATES DISTRICT JUDGE